1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    TONY COBOS,                                1:07-cv-01712 LJO DLB (HC)

10            Petitioner,                        ORDER DENYING MOTION TO
             vs.                                PROCEED IN FORMA PAUPERIS
11
     HARTLEY, Warden, Avenal State              (DOCUMENT #4)
12   Prison,

13            Respondent.
     _____/
14

15          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

16   pursuant to 28 U.S.C. § 2254.

17          On December 6, 2007, Petitioner filed an Application to Proceed In Forma Pauperis and a

18   certified copy of his prison trust account statement.   Examination of these documents reveals that

19   Petitioner is able to afford the costs of this action.  Specifically, six months prior to filing,  Petitioner

20   has had an average balance of at least $259.39 in his account.  His current balance is 467.33.

21          Accordingly, the motion to proceed in forma pauperis is DENIED (see 28 U.S.C. § 1915).

22   Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of

23   service of this order.  Failure to follow this order may result in a recommendation that the Petition be

24   dismissed pursuant to Local Rule 11-110.

25   IT IS SO ORDERED.

26   **Dated:    December 18, 2007**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
27

28